## WILLIAMS, et al. V. HUNT.
### Bill in Chancery.
(Decided April 1st, 1906.  40 So. Rep. 1038.)

APPEAL from Marshall Chancery Court.
Heard before HON. W. H. SIMPSON.
STREET & ISBELL, for appellant.
JOHN A. LUSK, for appellee.
Affirmed.
Opinion by ANDERSON, J.
WEAKLEY, C. J., and TYSON and SIMPSON, JJ., concur.

---

## BUTTERICK PUBLISHING CO. V. CRANFORD MERC. CO.
### Assumpsit.
(Decided May 8th, 1906.  41 So. Rep. 80.)

APPEAL from Walker Law and Equity Court.
Heard before HON. PEYTON NORVELL.
ACUFF & ACUFF, for appellant.
COLEMAN & BANKHEAD, for appellee.
Reversed and remanded.
Opinion by WEAKLEY, C. J.
TYSON, SIMPSON and ANDERSON, JJ., concur.

---

## N. C. & ST. L. RY. CO. V. WALLEY.
### Trespass.
(Decided April 28th, 1906.  41 So. Rep. 134.)

APPEAL from Marshall Circuit Court.
Heard before HON. W. W. HARALSON.
O. C. HUNDLEY and JOHN LUSK, for appellant.
STREET & ISBELL, for appellee.
Reversed and remanded.
Opinion by ANDERSON, J.
HARALSON, DOWDELL and DENSON, JJ., concur.